No. 423. SANCHEZ *v.* BORRAS. 
 Argued April 20, 1931. Decided April 27, 1931. *Per Curiam:* As it does not appear, upon an examination of the record, that the decision of the Circuit Court of Appeals, upon the

facts disclosed, is in conflict with the decisions of the Supreme Court of Porto Rico, the writ of certiorari granted herein is dismissed. *Mr. Nelson Gammans* for petitioner. *Mr. Henry G. Molina,* with whom *Messrs. Sidney P. Simpson* and *Archie O. Dawson* were on the brief, for respondent. 